UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIRSTY LAW, QUINCY BULLARD, JOHN HALL, FRANCES PERRY, and RITA LEE on behalf of themselves and all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN CAPITAL STRATEGIES, LTD., <br><br> Defendant. | Civil No. 3:05-0836 <br> Judge Echols |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant's Motion to Dismiss Plaintiffs' Amended Class Action Complaint (Docket Entry No. 35) is hereby DENIED. This case is returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE