UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRISTY LAW, QUINCY BULLARD, JOHN HALL, FRANCES PERRY, and RITA LEE on behalf of themselves and all similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 3:05-0836 ) Judge Echols |
| AMERICAN CAPITAL STRATEGIES, LTD., | ) ) ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) American Capital's Motion to Strike (Docket Entry No. 121) is hereby DENIED;

(2) Plaintiffs' Motion for Partial Summary Judgment (Docket Entry No. 123) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to American Capital's Faltering Company, Liquidating Fiduciary, Indispensable Party and Mitigation "Affirmative Defenses." The Motion is DENIED with respect to American Capital's Unforeseen Business Circumstances and Good Faith "Affirmative Defenses."

(3) American Capital's Motion for Summary Judgment (Docket Entry No. 115) is hereby DENIED.

The bench trial will commence on February 6, 2007, as previously scheduled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE